| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Rabin J. Pournazarian 186735**<br>**6345 Balboa Blvd. Suite 247**<br>**Encino, CA 91316**<br>**818-995-4540 Fax: 818-995-9277**<br>State Bar Number: **186735 CA**<br>**rabin@pricelawgroup.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for: Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Kalani James Robert Green**<br><br><br><br><br>Debtor(s). | CASE NO.: **8:21-bk-12425-MH**<br><br>CHAPTER: **13**<br><br>**NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>[No hearing required unless requested under LBR 3015-1(w)] |

1. NOTICE IS GIVEN that the Debtor in the above-captioned case will move this court for an order granting the relief sought in the attached motion. The motion is based upon the grounds set forth in the motion. The motion is made pursuant to LBR 3015-1(n) and (w), which provide that this motion may be granted without a hearing.

2. **Deadline for Opposition Papers and Request for a Hearing**: Any party objecting to the attached motion must file with the court and serve on the Debtor and the chapter 13 trustee a written objection and request for a hearing on the motion. If you fail to file a written objection within 21 days of the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F), the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion.

Date:   **9/21/2022**

**/s/ Rabin J. Pournazarian**
Signature of Debtor or attorney for Debtor
**Rabin J. Pournazarian 186735**
Printed name of Debtor or attorney for Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                        Page 1                           **F 3015-1.05.NOTICE.MODIFY.SUSPEND**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**6345 Balboa Blvd. Suite 247**
**Encino, CA 91316**

A true and correct copy of the foregoing document entitled:    **Notice of Motion Under Local Bankruptcy Rule 3015-1(n) AND (w) To Modify Plan or Suspend Plan Payments**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **9/21/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**CHAPTER 13 TRUSTEE:** Amrane (SA) Cohen (TR),   efile@ch13ac.com
**ATTORNEY FOR DEBTOR:** Rabin J Pournazarian, enotice@pricelawgroup.com
**UNITED STATES TRUSTEE (SA)**, ustpregion16.sa.ecf@usdoj.gov
**ATTORNEY FOR CREDITOR:** Dane Exnowski, dane.exnowski@mccalla.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  **9/21/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/21/2022 | **Ashley Johnson** | /s/ Ashley Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    F 3015-1.05.NOTICE.MODIFY.SUSPEND

```
Label Matrix for local noticing          Santa Ana Division                         800 Loan Mart
0973-8                                    411 West Fourth Street, Suite 2030,       15821 Ventura Blvd., Suite 185
Case 8:21-bk-12425-MH                     Santa Ana, CA 92701-4500                  Encino, CA 91436-4799
Central District of California
Santa Ana
Wed Sep 21 07:12:50 PDT 2022

American Express National Bank            Ashley Funding Services, LLC              Broadmoor Huntington Harbor Com. As
c/o Becket and Lee LLP                    Resurgent Capital Services                C/O Powerstone Property Management
PO Box 3001                               PO Box 10587                              9060 Irvine Center Drive, Suite 200
Malvern  PA 19355-0701                    Greenville, SC 29603-0587                 Irvine, CA 92618-4623


Broadmoor Huntington Harbour Community Assoc   Capital One Auto Finance             Capital One Bank
c/o Powerstone Property Management             7933 Preston Road                    P.O. Box 60599
9060 Irvine Center Drive, #200                 Plano, TX 75024-2302                 City of Industry, CA 91716-0599
Irvine, CA 92618-4623


Capital One Bank (USA), N.A.              Cavalry SPV I, LLC                        Credit One Bank
by American InfoSource as agent           500 Summit Lake Drive, Ste 400            PO Box 98873
PO Box 71083                              Valhalla, NY 10595-2321                   Las Vegas, NV 89193-8873
Charlotte, NC  28272-1083


Credit One Bank                           FRANCHISE TAX BOARD                       FSB Blaze
Post office Box 98872                     BANKRUPTCY SECTION MS A340                5501 S Broadband Lane
Las Vegas, NV 89193-8872                  PO BOX 2952                               Sioux Falls, SD 57108-2253
                                          SACRAMENTO CA 95812-2952


Franchise Tax Board                       Internal Revenue Service                  LVNV Funding, LLC
Bankruptcy Section MS A340                Centralized Insolvency Operations         Resurgent Capital Services
Attn Bankruptcy                           PO Box 7346                               PO Box 10587
Post Office Box 2952                      Philadelphia, PA 19101-7346               Greenville, SC 29603-0587
Sacramento, CA 95812-2952


Medical Payment Data                      NewRez LLC DBA Shellpoint Mortgage Servicing   SCE
P.O. Box 9500                             Bankruptcy Department                          P.O. Box 750
Wilkes Barre, PA 18773-9500               PO Box 10826                                   Rosemead, CA 91770
                                          Greenville, SC 29603-0826


Shellpoint Mortgage                       State of California                       The Mortgage Law Firm, PLC
55 Beattie Pl #500                        Vehicle Registration Collections          27455 Tierra Alta Way, Ste. B
Greenville, SC 29601-5116                 Franchise Tax Board                       TSN:147147
                                          P.O. Box 419001                           Temecula, CA 92590-3498
                                          Rancho Cordova, CA 95741-9001


United States Trustee (SA)                Wheels Financial Group, LLC dba 1-800LoanMar   Amrane (SA) Cohen (TR)
411 W Fourth St., Suite 7160              15400 Sherman Way, Ste. 300                    770 The City Drive South Suite 3700
Santa Ana, CA 92701-4500                  Van Nuys, CA 91406-4272                        Orange, CA 92868-4928




Kalani James Robert Green                 Rabin J. Pournazarian
16411 Martin Lane                         6345 Balboa Blvd., Suite 247
Huntington Beach, CA 92649-1831           Encino, CA 91316-1580
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)WIlmington Savings Fund Society, FSB | (d)State of California<br>Vehicle Registration Collections<br>Franchise Tax Board<br>PO Box 419001<br>Rancho Cordova, CA 95741-9001 | End of Label Matrix<br>Mailable recipients    28<br>Bypassed recipients     2<br>Total                  30 |