| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**Rabin J. Pournazarian, Bar No. 186735**<br>**Price Law Group, APC**<br>**6345 Balboa Blvd., Suite 247**<br>**Encino, CA 91316**<br>**Telephone: 818-995-4540**<br>**Facsimile: 818-995-9277**<br>**rabin@pricelawgroup.com**<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for:* Debtor<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 28 2022**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY craig    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>KALANI JAMES ROBERT GREEN<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:21-bk-12425-MH<br><br>CHAPTER: 13<br><br>**ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☒ No hearing held<br>☐ Hearing held |

Based on Debtor's motion filed on (*date*) 12/7/2022 as docket entry number 84 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐    Granted         ☐    Denied

☒    Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtors' motion.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*          Page 1          **F 3015-1.14.ORDER.CH13.GENRL**

☐ Granted on the following conditions:

☐ Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: December 28, 2022

Mark Houle
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 3015-1.14.ORDER.CH13.GENRL**